WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dbrenner@wrightlegal.net
rhernandez@wrightlegal.net
*Attorneys for Defendants, Self Financial, Inc. d/b/a Lead Bank, Dominion Energy, Inc., and Atlantic Capital Bank, N.A.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SADE GREENE,<br><br>        Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; SELF FINANCIAL, INC., d/b/a LEAD BANK; DOMINION ENERGY, INC.; ATLANTIC CAPITAL BANK, N.A.; ACCEPTANCE NOW,<br><br>        Defendants. | Case No.: 2:21-cv-00466-JCM-DJA<br><br>**JOINT MOTION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |

      Plaintiff, Sade Greene ("Plaintiff"), and Defendants, Self Financial, Inc. d/b/a Lead Bank ("Self Financial"), Dominion Energy, Inc. ("Dominion") and Atlantic Capital Bank, N.A. ("Atlantic") (collectively the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

      On March 23, 2021, Plaintiff filed her Complaint [ECF No. 1]. Self Financial was served with Plaintiff's Complaint on March 24, 2021. The deadline for Self Financial to respond to Plaintiffs' Complaint is April 14, 2021. The Parties have discussed extending the deadline for Self Financial, Dominion, and Atlantic to respond to Plaintiffs' Complaint to allow for better investigation of the allegations and discuss possible resolution of the matter.

1   WHEREAS, the Parties hereby stipulate and agree to extend the deadline for Self
2   Financial, Dominion, and Atlantic to file their responsive pleadings to Plaintiff's Complaint to
3   May 25, 2021.
4   This is the first motion for an extension of time for Self Financial, Dominion, and
5   Atlantic to file their responsive pleadings. The extensions are requested in good faith and are not
6   for purposes of delay or prejudice to any other party.
7   As part of this motion, Self Financial, Dominion, and Atlantic agree to participate in any
8   Rule 26(f) conference that occurs during the pendency of this extension.
9   DATED this 14th day of April, 2021.

| WRIGHT, FINLAY & ZAK, LLP | CONTEMPORARY LEGAL SOLUTIONS |
|---|---|
| */s/ Ramir M. Hernandez* | */s/ Robert M. Tzall* |
| Darren T. Brenner, Esq. | Robert M. Tzall, Esq. |
| Nevada Bar No. 8386 | Nevada Bar No. 13412 |
| Ramir M. Hernandez, Esq. | 2551 North Green Valley Parkway |
| Nevada Bar No. 13146 | Building C, Suite 303 |
| 7785 W. Sahara Ave., Suite 200 | Henderson, NV 89014 |
| Las Vegas, NV 89117 | *Attorneys for Plaintiff, Sade Greene* |
| *Attorneys for Defendants, Self Financial, Inc. d/b/a Lead Bank, Dominion Energy, Inc., and Atlantic Capital Bank, N.A.* | |

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:  April 15, 2021

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of WRIGHT, FINLAY & ZAK, LLP and that I served the foregoing **JOINT MOTION TO EXTEND TIME TO RESOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** on the 14th day of April, 2021, to all parties on the CM/ECF service list.

/s/ Jason Craig
An Employee of WRIGHT, FINLAY & ZAK, LLP