1  JEREMY J. THOMPSON
   Nevada Bar No. 12503
2  **CLARK HILL PLLC**
   3800 Howard Hughes Drive, Suite 500
3  Las Vegas, Nevada 89169
   E-mail: jthompson@clarkhill.com
4  Telephone: (702) 862-8300
   Facsimile: (702) 862-8400
5  *Attorney for Defendant*
   *Equifax Information Services LLC*
6

7

8            UNITED STATES DISTRICT COURT
                DISTRICT OF NEVADA
9

10 SADE GREENE,                          )  **Case No. 2:21-cv-00466-JCM-DJA**
                                         )
11              Plaintiff,               )
                                         )
12 vs.                                   )  **JOINT MOTION FOR EXTENSION OF**
                                         )  **TIME FOR DEFENDANT EQUIFAX**
13 EQUIFAX INFORMATION SERVICES LLC,     )  **INFORMATION SERVICES LLC TO**
   TRANSUNION, LLC, SELF FINANCIAL,      )  **FILE ANSWER**
14 INC., D/B/A LEAD BANK, DOMINION       )
   ENERGY, INC., ATLANTIC CAPITAL        )  **FIRST REQUEST**
15 BANK, N.A., ACCEPTANCE NOW,           )
                                         )
16                                       )
                                         )
17              Defendants.

18       Defendant Equifax Information Services LLC ("Equifax") has requested an extension of

19 time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has

20 no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED

21 to by and among counsel, that Defendant Equifax Information Services LLC's time to answer, move

22 or otherwise respond to the Complaint in this action is extended from April 15, 2021 through and

23 including **May 17, 2021**. The request was made by Equifax so that it can have an opportunity to

24 collect and review its internal files pertaining to the allegations in the

25 . . .

26 . . .

27 . . .

28

1   Complaint, and Plaintiff approves.  This stipulation is filed in good faith and not intended to cause

2   delay.

3            Respectfully submitted, this 14th day of April, 2021.

4

5   CLARK HILL PLLC                               *No opposition*

6   By: /s/Jeremy J. Thomspon                      /s/ Robert M. Tzall
    Jeremy J. Thompson                            Robert M. Tzall
7   Nevada Bar No. 12503                          Nevada Bar No. 13412
                                                  CONTEMPORAR LEGAL SOLUTIONS
8   3800 Howard Hughes Pkwy,                      PLLC
    Suite 500                                     2551 N. Green Valley Pkwy
9   Las Vegas, NV 89169                           Building C. Suite 303
    Tel: (702) 862-8300                           Henderson, NV 89014
10  Fax: (702) 862-8400                           Phone: (702) 666-0233
    Email: jthompson@clarkhill.com                Email:
11                                                office@contemporarylegalsolutions.com

12  *Attorney for Defendant Equifax Information
    Services LLC*                                 *Attorneys for Plaintiff*

13

14

15  IT IS SO ORDERED:

16

17  _____
    United States Magistrate Judge
18
    DATED:   April 15, 2021
19           _____

20

21

22

23

24

25

26

27

28

- 2 -

1

## CERTIFICATE OF SERVICE

2      I hereby certify that a true and exact copy of the foregoing has been served this 14th day of

3   April, 2021, via CM/ECF, upon all counsel of record:

4

5
                                        By: /s/  Jeremy J. Thompson
6                                       Jeremy J. Thompson
                                        Nevada Bar No. 12503
7                                       3800 Howard Hughes Pkwy, Suite 500
                                        Las Vegas, NV 89169
8                                       Tel: (702) 862-8300
                                        Fax: (702) 862-8400
9                                       Email: jthompson@clarkhill.com

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28