**JENNIFER BERGH**
Nevada Bar No. 14480
**QUILLING SELANDER LOWNDS**
**WINSLETT & MOSER, P.C.**
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
Telephone: (214) 560-5460
Facsimile:  (214) 871-2111
jbergh@qslwm.com
**Counsel for Trans Union LLC**

**\*\*Designated Attorney for Personal Service\*\***
Trevor Waite, Esq.
Nevada Bar No.: 13779
6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89149

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SADE GREENE,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., SELF FINANCIAL, INC., d/b/a LEAD BANK, DOMINION ENERGY, INC., ATLANTIC CAPITAL BANK, N.A., and ACCEPTANCE NOW,<br><br>　　　　　　Defendants. | Case No. 2:21-cv-00466-JCM-DJA<br><br>**JOINT MOTION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

　　　　Plaintiff Sade Greene ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Motion Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

　　　　1.　　On March 23, 2021, Plaintiff filed her Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is April 15, 2021.

　　　　2.　　On April 15, 2021, counsel for Trans Union communicated with Plaintiff's counsel via email regarding an extension within which to file a response to the Complaint, and Plaintiff's counsel agreed to the extension.

1

3.      The parties are actively discussing a potential early resolution of this case, and the parties believe an extension of this nature may save waste of the parties' time and expense.  The additional time will allow Plaintiff and Trans Union time to fully explore such early settlement discussions.  Moreover, Trans Union's counsel will need additional time to review the documents and respond to the allegations in Plaintiff's Complaint.  This Joint Motion is made in good faith and not for the purposes of delay.

4.      Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including May 17, 2021.  This is the first motion for extension of time for Trans Union to respond to Plaintiff's Complaint.

Dated this 15th day of April 2021.

**QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C.**

*/s/ Jennifer Bergh*
Jennifer Bergh
Nevada Bar No. 14480
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 560-5460
(214) 871-2111 Fax
jbergh@qslwm.com
***Counsel for Trans Union LLC***

**CONTEMPORARY LEGAL SOLUTIONS**

*/s/ Robert M. Tzall*
Robert M. Tzall
office@contemporarylegalsolutions.com
2551 N Green Valley Parkway, Bldg C, Suite 303
Henderson, NV 89014
(702) 666-0233
***Counsel for Plaintiff***

4884193.1

2

## ORDER

The Joint Motion for Extension of Time for Trans Union LLC to file an answer or otherwise respond to Plaintiff's Complaint is so ORDERED AND ADJUDGED.

Dated this ___ 16th day of April _____ 2021.

_____
UNITED STATES MAGISTRATE JUDGE

3

4884193.1