WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dbrenner@wrightlegal.net
rhernandez@wrightlegal.net
*Attorneys for Defendants, Self Financial, Inc. d/b/a Lead Bank, Dominion Energy, Inc., and Atlantic Capital Bank, N.A.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SADE GREENE, | Case No.: 2:21-cv-00466-JCM-DJA |
| Plaintiff, | **JOINT MOTION TO EXTEND DEADLINE TO RESPOND TO PLAINTIFF'S COMPLAINT (SECOND REQUEST)** |
| vs. | |
| EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; SELF FINANCIAL, INC., d/b/a LEAD BANK; DOMINION ENERGY, INC.; ATLANTIC CAPITAL BANK, N.A.; ACCEPTANCE NOW, | |
| Defendants. | |

Plaintiff, Sade Greene ("Plaintiff"), and Defendant, Dominion Energy, Inc. ("Dominion") (collectively the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

On March 23, 2021, Plaintiff filed her Complaint [ECF No. 1]. Dominion was served with Plaintiff's Complaint on March 25, 201 [ECF No. 16]. Plaintiff and Dominion previously agreed to extend the deadline for Dominion to file its Answer or other responsive pleading to May 25, 2021 [ECF No. 7]. The Parties have discussed extending the deadline for Dominion by an additional twenty-two days to June 16, 2021 to respond to Plaintiffs' Complaint to allow for better investigation of the allegations and discuss possible resolution of the matter.

1  WHEREAS, the Parties hereby stipulate and agree to extend the deadline for Dominion,
2  and Atlantic to file their responsive pleadings to Plaintiff's Complaint to June 16, 2021.
3  This is the second motion for an extension of time for Dominion to file its responsive
4  pleadings. The extension is requested in good faith and is not for purposes of delay or prejudice
5  to any other party.
6  As part of this motion Dominion agrees to participate in any Rule 26(f) conference that
7  occurs during the pendency of this extension.
8  DATED this 24th day of May, 2021.

| WRIGHT, FINLAY & ZAK, LLP | CONTEMPORARY LEGAL SOLUTIONS |
|---|---|
| */s/ Ramir M. Hernandez* | */s/ Robert M. Tzall* |
| Darren T. Brenner, Esq. | Robert M. Tzall, Esq. |
| Nevada Bar No. 8386 | Nevada Bar No. 13412 |
| Ramir M. Hernandez, Esq. | 2551 North Green Valley Parkway |
| Nevada Bar No. 13146 | Building C, Suite 303 |
| 7785 W. Sahara Ave., Suite 200 | Henderson, NV 89014 |
| Las Vegas, NV 89117 | *Attorneys for Plaintiff, Sade Greene* |
| *Attorneys for Defendants, Self Financial, Inc. d/b/a Lead Bank, Dominion Energy, Inc., and Atlantic Capital Bank, N.A.* | |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: May 26, 2021

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am an employee of WRIGHT, FINLAY & ZAK, LLP and that I served the foregoing **JOINT MOTION TO EXTEND TIME TO RESOND TO PLAINTIFF'S COMPLAINT (SECOND REQUEST)** on the 24th day of May, 2021, to all parties on the CM/ECF service list.

*/s/ Lisa Cox*
An Employee of WRIGHT, FINLAY & ZAK, LLP