WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dbrenner@wrightlegal.net
rhernandez@wrightlegal.net
*Attorneys for Defendants, Self Financial, Inc. d/b/a Lead Bank, Dominion Energy, Inc., and Atlantic Capital Bank, N.A.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SADE GREENE,<br><br>     Plaintiff,<br><br>     vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; SELF FINANCIAL, INC., d/b/a LEAD BANK; DOMINION ENERGY, INC.; ATLANTIC CAPITAL BANK, N.A.; ACCEPTANCE NOW,<br><br>     Defendants. | Case No.: 2:21-cv-00466-JCM-DJA<br><br>**STIPULATED DISMISSAL OF CLAIMS BETWEEN SADE GREENE AND SELF FINANCIAL, INC. d/b/a LEAD BANK** |

IT IS HEREBY STIPULATED by and between Plaintiff, Sade Greene ("Plaintiff") and Defendant, Self Financial, Inc. d/b/a Lead Bank ("Defendant"), by and through their respective counsel of record, that the above-captioned action, be and hereby is dismissed as to Self Financial, Inc. d/b/a Lead Bank with prejudice in accordance with the Federal Rules of Civil Procedure Rule 41(a)(1)(A)(ii), with the parties to bear their own fees and costs.

Undersigned counsel represent that they are fully authorized by their respective clients to enter into this Joint Stipulation with Prejudice.

| | |
|---|---|
| Dated this 12th day of August, 2021. | Dated this 12th day of August, 2021. |
| WRIGHT, FINLAY & ZAK, LLP | CONTEMPORARY LEGAL SOLUTIONS |
| */s/ Ramir M. Hernandez*<br>Ramir M. Hernandez, Esq.<br>Nevada Bar No. 13146<br>7785 W. Sahara Ave., Suite 200<br>Las Vegas, NV 89117<br>*Attorney for Defendants, Self Financial, Inc. d/b/a Lead Bank, Dominion Energy, Inc., and Atlantic Capital Bank, N.A.* | */s/ Robert M. Tzall*<br>Robert M. Tzall, Esq.<br>Nevada Bar No.<br>2551 North Green Valley Pkwy<br>Building C, Suite 303<br>Henderson, NV 89014<br>*Attorneys for Plaintiff, Sade Greene* |

**ORDER**

**IT IS SO ORDERED.**

DATED August 13, 2021.

_____
UNITED STATES DISTRICT COURT JUDGE