WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
7785 W. Sahara Avenue, Suite 200
Las Vegas, Nevada 89117
(702) 475-7964; Fax: (702) 946-1345
rherandez@wrightlegal.net
*Attorneys for Defendant, Dominion Energy South Carolina, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SADE GREENE, | Case No.: 2:21-cv-00466-JCM-DJA |
| Plaintiff, | |
| vs. | **STIPULATION TO STAY DISCOVERY** |
| EQUIFAX INFORMATION SERVICES, LLC; TRANS UNION, LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; SELF FINANCIAL, INC., d/b/a LEAD BANK; DOMINION ENERGY, INC.; ATLANTIC CAPITAL BANK, N.A.; ACCEPTANCE NOW, | |
| Defendants. | |

Pursuant to F.R.C.P. 26(c), Plaintiff, Sade Greene ("Plaintiff"), Defendant Dominion Energy South Carolina, Inc., erroneously named as Dominion Energy, Inc. ("DESC"),[1] and Defendant Equifax Information Services, LLC, (collectively the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

On March 23, 2021, Plaintiffs filed their Complaint [ECF No. 1].

On October 22, 2021, DESC filed a Motion for Judgment on the Pleadings [ECF No. 42].

WHEREAS, the Parties hereby stipulate and agree that discovery is stayed until the resolution of DESC's pending Motion for Judgment on the Pleadings [ECF No. 42]. In the event the Court enters an order denying the Motion for Judgment on the Pleadings, the Parties will

---

[1] DESC owns and services the account-at-issue and, thus, is the proper Defendant to this action.

1  have fifteen (15) days from the Court's entry of the order denying dismissal to submit a new
2  Stipulated Discovery Plan and Scheduling Order.
3     DATED this 8th day of November, 2021.

| WRIGHT, FINLAY & ZAK, LLP | CONTEMPORARY LEGAL SOLUTIONS PLLC |
|---|---|
| /s/ Ramir M. Hernandez | /s/ Robert M. Tzall |
| Darren T. Brenner, Esq.<br>Nevada Bar No. 8386<br>Ramir M. Hernandez, Esq.<br>Nevada Bar No. 13146<br>7785 W. Sahara Avenue, Suite 200<br>Las Vegas, Nevada 89117<br>*Attorneys for Defendant Dominion Energy South Carolina, Inc.* | Robert M. Tzall, Esq.<br>Nevada Bar No. 13412<br>2551 N. Green Valley Parkway, Suite 303<br>Henderson, Nevada 89014<br>*Attorneys for Plaintiff Sade Greene* |

CLARK HILL PLLC

/s/ Jeremy J. Thompson

Jeremy J. Thompson
Nevada Bar No. 12503
3800 Howard Hughes Drive, Suite 500
Las Vegas, NV 89169
*Attorneys for Defendant Equifax Information Services LLC*

IT IS SO ~~ORDERED~~:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: November 9, 2021