1  **Robert M. Tzall**
Contemporary Legal Solutions, PLLC
2  2551 N Green Valley Parkway C
Suite 303
3  Henderson, NV 89014
Tel: 702-666-0233
4  office@contemporarylegalsolutions.com

5
**Gia Marina**
6  Clark Hill PLLC
3800 Howard Hughes Drive, Suite 500
7  Las Vegas, NV 89169
Tel: 702-862-8300
8  gmarina@clarkhill.com

9

10

11  IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA
12

13  Sade Greene,                                        ) Docket No. 2:21-CV-466
                                                       )
14         Plaintiff,                                   )
                                                       ) **STIPULATION AND ORDER OF**
15     vs.                                              ) **DISMISSAL WITH PREJUDICE AS TO**
                                                       ) **EQUIFAX INFORMATION SERVICES,**
Equifax Information Services, LLC;                     ) **LLC**
16  Trans Union, LLC                                    )
Experian Information Solutions, Inc.;                  )
17  Self Financial, Inc. d/b/a Lead Bank                )
Dominion Energy, Inc.                                  )
18  Atlantic Capital, N.A.; and                         )
Acceptance Now
19         Defendant.

20

21

22

23         IT IS HEREBY STIPULATED by and between Plaintiff Sade Greene ("Plaintiff") and

24  Equifax Information Services, LLC ("Defendant"), by and through their respective counsel of

25  record, that the above-captioned action, including all parties and claims alleged therein, be and

26  hereby is dismissed with prejudice in accordance with the Federal Rules of Civil Procedure Rule

27  41(a)(1)(A)(ii), with the parties to bear their own fees and costs.

28

Undersigned counsel represent that they are fully authorized by their respective clients to enter into this Joint Stipulation with Prejudice.

**Respectfully Submitted,**

Dated:  September 8, 2022

| | |
|---|---|
| /s/*Robert M. Tzall* <br> Robert M. Tzall, Esq. <br> **Contemporary Legal Solutions, PLLC** <br> *Attorneys for Plaintiff* | /s/ *Gia Marina* <br> Gia Marina, Esq. <br> **Clark Hill PLLC** <br> *Attorneys for Defendant* |

**IT IS SO ORDERED** September 14, 2022.

_____
UNITED STATES DISTRICT JUDGE

# **CERTIFICATE OF SERVICE**

I hereby certify that on this the 8th of September, 2022 I filed **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following counsel:

Robert M. Tzall
Office@contemporarylegalsolutions.com
Contemporary Legal Solutions, PLLC
2551 N Green Valley Parkway C
Suite 303
Henderson, NV 89014
(702) 666-0233
(702) 727-8034 Fax
***Counsel for Plaintiffs***