WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Ramir M. Hernandez, Esq.
Nevada Bar No. 13146
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dbrenner@wrightlegal.net
rhernandez@wrightlegal.net
*Attorneys for Defendants, Self Financial, Inc. d/b/a Lead Bank, Dominion Energy, Inc., and Atlantic Capital Bank, N.A.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| SADE GREENE,<br><br>    Plaintiff,<br><br>    vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; DOMINION ENERGY, INC.;<br><br>    Defendants. | Case No.:  2:21-cv-00466-JCM-DJA<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF DEFENDANT DOMINION ENEREGY SOUTH CAROLINA, INC.'S MOTION FOR JUDGMENT ON THE PLEADINGS AS TO THE FIRST AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

    Plaintiff Sade Greene ("Plaintiff"), and Defendant Dominion Energy South Carolina, Inc., erroneously named as Dominion Energy, Inc. ("DESC"), hereby stipulate and agree to a fourteen (14) day extension, up to and including **October 17, 2022**, for DESC to file its Reply to Plaintiff's Response to DESC's Motion for Judgment on the Pleadings as to the First Amended Complaint [ECF No. 55], which is currently due on October 3, 2022. The parties entered into this stipulation to address a time and scheduling constraint for DESC's counsel.

/././

/././

This is the first request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

DATED this 29th day of September, 2022.

| **WRIGHT FINLAY & ZAK, LLP** | **CONTEMPORARY LEGAL SOLUTIONS** |
|---|---|
| /s/ Ramir M. Hernandez<br>DARREN T. BRENNER, ESQ.<br>Nevada Bar No. 8386<br>RAMIR M. HERNANDEZ, ESQ.<br>Nevada Bar No. 13146<br>7785 W. Sahara Avenue, Suite 200<br>Las Vegas, NV 89117<br>*Attorneys for Defendants, Self Financial, Inc. d/b/a Lead Bank, Dominion Energy, Inc., and Atlantic Capital Bank, N.A.* | /s/  Robert M. Tzall<br>ROBERT M. TZALL, ESQ.<br>Nevada Bar No. 13412<br>2551 North Green Calley Parkway<br>Building C, Suite 303<br>Hernderson, NV 89014<br>*Attorneys for Plaintiff, Sade Greene* |

**ORDER**

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: September 30, 2022

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am an employee of WRIGHT, FINLAY & ZAK, LLP and that I electronically served on the 29th day of September, 2022, the foregoing **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF DEFENDANT DOMINION ENEREGY SOUTH CAROLINA, INC.'S MOTION FOR JUDGMENT ON THE PLEADINGS AS TO THE FIRST AMENDED COMPLAINT** to all parties and counsel as identified on the Court-generated Notice of Electronic Filing.

                                                */s/ Lisa Cox*
                                                An Employee of Wright, Finlay & Zak, LLP